# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## COURT FILE NO.: 1:09-cv-02646-WDM-KMT

Anthony Scarbrough,
    Plaintiff

v.

Stellar Recovery, Inc.
    Defendant

_____

## NOTICE OF SETTLEMENT
_____

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court of Colorado, Plaintiff's Notice of Settlement, with leave for Plaintiff to seek reinstatement within Ninety (90) days from the date of entry of this notice. Plaintiff seeks this leave so as to have ample time to conclude the settlement process. If this case has not been reinstated within Ninety (90) days from the date of entry of this notice, or a motion for reinstatement has not been filed by said date, then Plaintiff shall file a dismissal *with* prejudice.

                                              **Respectfully submitted,**

**December 24, 2009**                <u>**/s/ Tammy Hussin**</u>
                                                **Tammy Hussin**
                                                **Attorney for Plaintiff**

Filed electronically on this 24th day of December, 2009, with:

United States District Court CM/ECF system


By: s/Tremain Davis
    Tremain Davis