IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

COURT FILE NO.: 1:09-cv-02646-WDM-KMT

Anthony Scarbrough,
    Plaintiff

v.

Stellar Recovery, Inc.,
    Defendant

_____

**NOTICE OF DISMISSAL WITH PREJUDICE**
_____

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court of Colorado, Plaintiff's Notice of Dismissal of Case With Prejudice, a copy of which is herewith served upon Defendant.

        **Respectfully submitted,**

**January 15, 2010**　　　　　　　　　**/s/ Tammy Hussin**
　　　　　　　　　　　　　　　　　　　**Tammy Hussin**
　　　　　　　　　　　　　　　　　　　**Weisberg & Meyers LLC**
　　　　　　　　　　　　　　　　　　　**6408 Merlin Dr.**
　　　　　　　　　　　　　　　　　　　**Carlsbad, CA 92011**
　　　　　　　　　　　　　　　　　　　**866 775 3666**
　　　　　　　　　　　　　　　　　　　**866 565 1327 facsimile**
　　　　　　　　　　　　　　　　　　　**thussin@AttorneysForConsumers.com**

Filed electronically on this 15th day of January, 2010, with:

United States District Court CM/ECF system

By: s/Tremain Davis
    Tremain Davis